UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-------------------------------------------------------X
IN RE:

                                                    **CHAPTER 13**

ROBERT M. MARQUEZ and               **CASE NO. 09-38700 (CGM)**
ZORAIDA Y. MARQUEZ,

              Debtors.
-------------------------------------------------------X

**ORDER EXPUNGING CLAIM PURSUANT TO**
**11 U.S.C. §502 AND F.R.B.P. 3007**

      The attorneys for the debtors in the above-referenced case, GENOVA & MALIN, having moved this Court for an Order Expunging Claim, as set forth in the Notice of Motion an Motion, dated May 26, 2010, and upon reading and filing of the Notice of said Motion and Affirmation, dated May 26, 2010, and after hearing ANDREA B. MALIN, ESQ. on July 13, 2010, and there having been no appearance in opposition thereto, and due deliberation having been had thereon,

      **NOW,** on motion of GENOVA & MALIN, attorneys for the debtors, pursuant to 11 U.S.C. §§502 and Federal Rule of Bankruptcy Procedure 3007, it is

      **ORDERED,** that Claim No. 15, filed by HSBC BANK NEVADA, NA, on May 4, 2010, is hereby **expunged**.

Dated: Poughkeepsie, New York
      July 19 , 2010

                                                      /s/ Cecelia Morris
                                                    U.S. BANKRUPTCY JUDGE